# SUMMONS

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CRIOX

| | |
|---|---|
| Decima E. John Baptiste, *et seq.*, 17 Complaints ) | Civil No. **SX-20-CV-576, 577, 581** |
| ) | **583, 586, 584, 588, 591, 592, 593** |
| Plaintiffs, ) | **594, 595, 596, 597, 598, 599, 600** |
| vs. ) | |
| ) | |
| Hess Oil Virgin Islands Corp., and ) | ACTION FOR DAMAGES |
| Hess Corporation a/k/a Amerada Hess Corp. ) | |
| ) | |
| Defendants, ) | **JURY TRIAL DEMAND** |

**TO:** The Corporation Trust Company,
*Registered agent* for **HESS CORPORATION**
1209 Orange St., Wilmington, Delaware 19801

Within the time limited by law you are hereby required to appear before this Court and answer these fourteen (14) complaints filed against Hess in this action. In case of Hess' failure to appear or answer, a judgment by default will be taken against Hess as demanded in the complaint, for damages.

This 31st day of July 2020.

J. Russell B. Pate, Esq.
The Pate Law Firm (V.I. Bar No: 1124)
P.O. Box 890, St. Thomas, USVI 00804
Office: (340) 777-PATE (7283)
Fax:   (888) 889-1132
Pate@SunLawVI.com | SunLawVI@gmail.com

Korey A. Nelson, Esq.
H. Rick Yelton, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
KNELSON@BURNSCHAREST.COM
RYELTON@BURNSCHAREST.COM
JSOYKA@BURNSCHAREST.COM

**NOTE:** The defendant, if served personally, is required to file his answer with the Clerk of this Court, and to serve a copy upon the plaintiff's attorney within twenty (20) days after service of this summons, excluding the date of service. See, Super. Ct. R. 32. The defendant, if served by publication or by service outside of the jurisdiction is required to file his answer with the Clerk of this Court, and to serve a copy upon the attorney for the plaintiff within thirty (30) days after service outside of the jurisdiction. See, Title 5 V.I.C. §§ 112 and 4911.

**EXHIBIT A**

# RETURN OF SERVICE

Service of the Summons and Third Party Complaint was made by me

( ) Dated: _____

Name of Server: _____ Title: _____

( ) Served personally upon the Third-Party Defendant. Place where served:

_____

_____

( ) Left copies thereof at the Third-Party Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and Third Party Complaint were left:

_____

( ) Other (specify) Certified Mail – Pursuant to 5 V.I.C. §4911(3)

**Statement of Service Fees**

| Travel | Services | Total |
|---|---|---|
|  |  |  |

**Declaration of Server**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
             Date                                Signature of Server

_____
Address of Server