IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE U.S. VIRGIN ISLANDS
ST. CROIX DIVISION

| | |
|---|---|
| **James M. McNamara,**  Plaintiff,  v.  **Hess Corp. & Hess Oil New York Corp.,**  Defendants | Civil Action No. 1:20-cv-00060  Jury Trial Demanded |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF HIS MOTION TO REMAND THE ACTION TO THE SUPERIOR COURT OF THE VIRGIN ISLANDS ON THE BASIS THAT HONYC WAS COLLUSIVELY JOINED TO MANUFACTURE DIVERSTY

Plaintiff hereby withdraws his motion to remand this action to the Superior Court of the Virgin Islands as this Court lacks subject matter jurisdiction on the basis that Hess Oil New York Corp. ("HONYC") is a legal sham to manufacture federal diversity jurisdiction.

The parties have agreed to engage in discovery regarding HONYC's citizenship. Plaintiff has propounded written discovery request regarding HONYC's formation and the merger of Hess Oil Virgin Island Corp. ("HOVIC') with and into HONYC, and he anticipates deposing one or more persons about those transactions. Plaintiff will file a renewed motion to remand once this discovery is completed if warranted.

WHEREFORE, Plaintiff prays his motion to remand be denied as moot without prejudice to refiling the motion after jurisdictional discovery is completed.

**DATED:**      June 9, 2021                    Respectfully submitted,

                        */s/ C. Jacob Gower*
                        Korey A. Nelson, Esq.
                        C. Jacob Gower, Esq.
                        BURNS CHAREST LLP
                        365 Canal Street, Suite 1170
                        New Orleans, LA 70130
                        Telephone: (504) 799-2845
                        Facsimile: (504) 881-1765
                        knelson@burnscharest.com
                        jgower@burnscharest.com

                        Warren T. Burns, Esq.
                        BURNS CHAREST LLP
                        500 North Akard Street, Suite 2810
                        Dallas, Texas 75201
                        Phone: (469) 904-4550
                        wburns@burnscharest.com

                        J. Russell B. Pate, Esq.
                        THE PATE LAW FIRM
                        P.O. Box 890, St. Thomas, USVI 00804
                        Telephone: (340) 777-7283
                        Cellular: (340) 690-7283
                        Facsimile: (888) 889-1132
                        pate@sunlawvi.com
                        SunLawVI@gmail.com

                        **Counsel to Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2021, a copy of the foregoing was served via email on all counsel of record via CM/ECF.

                        */s/ C. Jacob Gower*
                        C. Jacob Gower, Esq.