## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| JAMES M. MCNAMARA,<br>　　　　　　　　Plaintiff,<br>　　v.<br>HESS CORPORATION, et al.,<br>　　　　　　　　Defendants. | CASE NO. 1:20-cv-060<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION FOR EXPEDITED BRIEFING SCHEDULE

COME NOW Plaintiff James M. McNamara and Defendants Hess Corporation and Hess Oil New York Corp., as successor by merger to Hess Oil Virgin Islands Corp., ("Defendants"), through undersigned counsel; and

WHEREAS subsequent to a Local Rule 37.1 conference the parties are unable to reach agreement on the scope of certain depositions related to jurisdictional discovery; and

WHEREAS, the Plaintiff intends to compel certain depositions and Defendants intend to seek a protective order; and

WHEREAS, the parties agree to an expedited briefing schedule with respect to the contemplated motions:

NOW, THEREFORE, it is hereby stipulated and agreed that:

1. The parties shall file their respective motions on or before September 3, 2021;
2. Responses are due September 8, 2021; and
3. Replies are due September 10, 2021.

Case: 1:20-cv-00060-WAL-GWC   Document #: 53   Filed: 09/01/21   Page 2 of 3
*James M. McNamara v. Hess Corp. et al.*, Civil No. 1:20-cv-060
Joint Stipulation for Expedited Briefing Schedule
Page 2

Respectfully submitted,

**Beckstedt & Kuczynski LLP**
*Attorneys for Defendants Hess and HONYC*
2162 Church Street
Christiansted, VI 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: September 1, 2021        By:    s/ Carl A. Beckstedt III
Carl A. Beckstedt III, Esq.
VI Bar No. 684
carl@beckstedtlaw.com

**Wilson Elser Moskowitz**
**Edelman & Dicker LLP**
*Attorneys for Defendants Hess and HONYC*
200 Campus Drive
Florham Park, NJ 07932-0668
Tel: (973) 624-0800 / Fax: (973) 624-0808

DATED: September 1, 2021        By:    s/ Carolyn F. O'Connor
Carolyn F. O'Connor, Esq.
carolyn.oconnor@wilsonelser.com
VI Bar R2100

DATED: September 1, 2021        By:    s/ Joseph T. Hanlon
Joseph T. Hanlon, Esq.
joseph.hanlon@wilsonelser.com
VI Bar R2099

**Burns Charest LLP**
*Attorneys for the Plaintiff*
365 Canal Street, Ste. 1170
New Orleans, LA 70130

DATED: September 1, 2021        By:    s/ Korey A. Nelson
Korey A. Nelson, Esq.
VI Bar 2012
knelson@burnscharest.com

DATED: September 1, 2021        By:    s/ C. Jacob Gower
C. Jacob Gower, Esq.
VI Bar R2103
jgower@burnscharest.com

DATED: September 1, 2021        By:    s/ Warren T. Burns
Warren T. Burns, Esq.
VI Bar 2004
wburns@burnscharest.com

Case: 1:20-cv-00060-WAL-GWC   Document #: 53   Filed: 09/01/21   Page 3 of 3

*James M. McNamara v. Hess Corp. et al.*, Civil No. 1:20-cv-060
Joint Stipulation for Expedited Briefing Schedule
Page 3

                                              **The Pate Law Firm**
                                              *Attorneys for the Plaintiff*
                                              PO Box 370
                                              Christiansted, VI 00821
                                              Tel: 340-777-5270

DATED: September 1, 2021        By:    s/ J. Russell B. Pate
                                                      J. Russell B. Pate, Esq.
                                                      V.I. Bar 1124
                                                      Pate@SunLawVI.com