DISTRICT OF THE U.S. VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **James M. McNamara,** *Plaintiff*, v. **Hess Corporation & Hess Oil New York Corp.,** *Defendants*. | Civil Action No. 1:20-cv-00060 <br><br> Jury Trial Demanded |

## STIPULATION OF PARTIAL STAY PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND

**WHEREAS**, Plaintiff has moved to remand this action to the Superior Court of the Virgin Islands for lack of subject matter jurisdiction on the basis that defendant Hess Oil New York Corp. ("HONYC") is collusively joined (hereinafter, the "Motion to Remand").

**WHEREAS**, there are 32 similar actions before the Court where the plaintiff contends, on the same basis, that the Court lacks subject matter jurisdiction. *See* Exhibit A.

**WHEREAS**, Plaintiff, Hess Corporation, and HONYC conducted jurisdictional discovery in this action, but the parties to the other 32 actions did not undertake similar jurisdictional discovery.

**WHEREAS**, in the interest of judicial economy, it is the intention of Plaintiff (and the plaintiffs in the 32 other actions), defendant Hess Corp., and HONYC that this action serve as the lead action for consideration of whether HONYC is collusively joined.

**WHEREAS**, while not defendants in this action, Lockheed Martin Corp. and Glencore Ltd. are defendants in several of the 32 similar actions.

**WHEREAS**, Plaintiff (and the plaintiffs in the 32 other actions) desires to stay discovery (subject to limited carveouts) while the Motion to Remand is pending, believing there is good cause to do so, and sent counsel to Hess Corporation, HONYC, Lockheed Martin Corp., and Glencore Ltd.

a LR 37.1 letter regarding Plaintiff's position.

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff, the 32 plaintiffs in Exhibit A, Hess Corporation, and HONYC that:

1. Discovery in this case and all cases listed on Exhibit A will be stayed until there is a ruling on the Motion for Remand.

2. If the Motion to Remand is denied, discovery shall re-commence in those actions on Exhibit A in which Scheduling Orders are presently issued, and, without further Order of the Court, all dates contained within existing Scheduling Orders will be adjusted by 120 days as of the date of the order of denial.

3. Notwithstanding the stay, two items of discovery may nonetheless proceed in this action as well as in *William*, 20-cv-104; *Bernard*, 20-cv-80; *Munchez Nurse*, 20-cv-61; *Defreitas*, 20-cv-45; *Guadalupe*, 20-cv-51; *Gomez*, 20-cv-94; *Rivera Lopez*, 20-cv-57; and *Sergeant*, 20-cv-68:

    a. Defense medical examinations shall proceed as scheduled (or be scheduled as necessary), and

    b. Plaintiffs, as well as any identified co-workers of plaintiffs, may be deposed in February, March, and/or April 2022 by mutual agreement of counsel.

    c. Discovery developed under this carveout may be used (subject to applicable rules) regardless of the court in which these cases ultimately proceed.

**IT IS FURTHER STIPULATED AND AGREED** by Plaintiff, the 32 plaintiffs in Exhibit A, Hess Corporation, and HONYC that non-parties Lockheed Martin Corp., and Glencore Ltd. are additional parties to this Stipulation, as they have manifest their respective assents to this Stipulation by separate letter agreements, which letters are attached hereto as Exhibit B and Exhibit C, and which shall be filed in any of the individual actions in Exhibit A in which Lockheed Martin Corp. or Glencore Ltd. is a defendant.

STIPUATED AND AGREED TO ON THIS 9th DAY OF DECEMBER, 2021

/s/ C. Jacob Gower
Korey A. Nelson, Esq.
C. Jacob Gower, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
jgower@burnscharest.com

Warren T. Burns, Esq.
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com

J. Russell B. Pate, Esq.
THE PATE LAW FIRM
P.O. Box 370
Christiansted, USVI 00821
Telephone: (340) 777-7283
Facsimile: (888) 889-1132
pate@sunlawvi.com

*Attorneys for Plaintiff*

/s/ Carolyn F. O'Connor *w/permission*
Carolyn F. O'Connor
Joseph T. Hanlon
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
200 Campus Drive
Ste 4th Fl.
Florham Park, NJ 07932
Telephone: 973-735-5746
Fax: 973-624-0808
carolyn.oconnor@wilsonelser.com
joseph.hanlon@wilsonelser.com

Carl A Beckstedt , III
Michael A Rogers
Beckstedt & Kuczynski LLP
2162 Church St
Christiansted, VI 00820
Telephone: 340-719-8086
carl@beckstedtlaw.com
michael@beckstedtlaw.com

Michael F Williams
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-389-5000
mwilliams@kirkland.com

*Attorneys for Defendants Hess Corporation and Hess Oil New York Corp.*

IT IS SO ORDERED.

_____
GEORGE W. CANNON, JR
UNITED STATES MAGISTRATE JUDGE