**Exhibit A**

| Plaintiff | Year | Case No. |
|---|---|---|
| Gilbert Defreitas | 2020 | 45 |
| Javier Guadalupe | 2020 | 51 |
| Santos Rivera Lopez | 2020 | 57 |
| Barbara Munchez Nurse | 2020 | 61 |
| Vincent Sergeant | 2020 | 68 |
| Angelo Bernard | 2020 | 80 |
| Oscar Gomez | 2020 | 94 |
| Anderson William | 2020 | 104 |
| Stephen Jeffers | 2021 | 29 |
| Gregory Mathurin | 2021 | 176 |
| Alphonsus Denis | 2021 | 177 |
| Roselyn Theodore | 2021 | 178 |
| Juan Alamo | 2021 | 190 |
| Bernadette Abraham-Sodie | 2021 | 191 |
| Anna Arnold | 2021 | 192 |
| Mary Eugene | 2021 | 194 |
| Eugenia Jn-Marie | 2021 | 196 |
| Sharon Newton | 2021 | 200 |
| Fidel Belardo | 2021 | 201 |
| Catherine Antoine | 2021 | 204 |
| Gwendolyn Jacobs | 2021 | 205 |
| Virginia Samuel | 2021 | 237 |
| Harold Abraham | 2021 | 242 |
| Barthelmy Dantes | 2021 | 243 |
| Mary Longville | 2021 | 244 |
| Francis Mondesir | 2021 | 245 |
| Arthur Carter | 2021 | 297 |
| Felipe Ledesma | 2021 | 299 |
| Phillip Paul | 2021 | 300 |
| Joseph Prescott | 2021 | 301 |
| Efraim Soto-Santos | 2021 | 302 |
| Joel Tutein | 2021 | 303 |