# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **JAMES M. MCNAMARA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2020-0060 |
| | ) |
| **HESS CORPORATION and HESS OIL** | ) |
| **VIRGIN ISLANDS CORP.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**Attorneys:**
**J. Russell B. Pate, Esq.,**
St. Thomas, U.S.V.I.
**Charles Jacob Gower, Esq.,**
**Korey A. Nelson, Esq.,**
**Harry Richard Yelton, Esq.,**
New Orleans, LA
**Warren T. Burns, Esq.,**
Dallas, TX
    *For Plaintiff*

**Carl A. Beckstedt, III, Esq.,**
**Michael A. Rogers, Esq.,**
St. Croix, U.S.V.I.
**Carolyn F. O'Connor, Esq.,**
**Joseph T. Hanlon, Esq.,**
Florham Park, NJ
**Michael F. Williams, Esq.,**
Washington, D.C.
    *For Defendants Hess Corporation and*
       *Hess Oil Virgin Islands Corp.*

**Robert J. Kuczynski, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant Hess Oil Virgin Islands Corp.*

# **ORDER**

**UPON CONSIDERATION** of Plaintiff James M. McNamara's ("Plaintiff") "Motion to

Remand This Action to the Superior Court of the Virgin Islands on the Basis that HONYC Was

Collusively Joined to Manufacture Federal Diversity Jurisdiction" (Dkt. Nos. 99, 106); Defendants Hess Corporation and Hess Oil New York Corp.'s "Response in Opposition to Plaintiff's Motion to Remand This Action to the Superior Court of the Virgin Islands" (Dkt. No. 111); Plaintiff's Reply thereto (Dkt. No. 113); the entire record herein; and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's "Motion to Remand This Action to the Superior Court of the Virgin Islands on the Basis that HONYC Was Collusively Joined to Manufacture Federal Diversity Jurisdiction" (Dkt. Nos. 99, 106) is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court is directed to **REMAND** the above-captioned matter to the Superior Court of the Virgin Islands; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: December 12, 2022

_____/s/_____
WILMA A. LEWIS
District Judge